79 F.3d 1137
 Mozelle Dansby, Daisy Dansby
v.
Borough of Paulsboro, a Political Subdivison of State of New
Jersey, Paulsboro Police Department, John Distefano, Chief
of Police of Paulsboro Borough, Lt. Bryan Schmutz, Sgt. T.
Sullivan, Sgt. Bruce Augustino, Sgt. Richard Hershey,
Patrolman Dennis Morina, all Members of Paulsboro Police Dept.
 NO. 95-5456
 United States Court of Appeals,
Third Circuit.
 Feb 13, 1996
 
 Appeal From: D.N.J., No. 92-cv-04458,
 Irenas, J.
 
 
 1
 AFFIRMED.